UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUNDANCE, INC., and
MERLOT TARPAULIN AND SIDEKIT
MFG. CO., INC.,

    Plaintiffs,

-vs-                                          Case No. 02-73543
                                                Hon: AVERN COHN

DE MONTE FABRICATING, LTD.;
QUICK DRAW TARPAULIN SYSTEMS,
INC. and WALTER DE MONTE,

    Defendants.
_____/

## ORDER MODIFYING STAY ORDER

On May 2, 2006 the Court entered an order staying proceedings; plaintiff objects. The order is MODIFIED as follows:

1.    The parties have the right to file post-trial motions challenging the jury verdict within thirty (30) days.

2.    Responses shall be filed within twenty (20) days thereafter.

3.    The Court will consider further modification of the order after the post-trial motions and responses have been filed.

SO ORDERED.

Dated: May 11, 2006                s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 11, 2006, by electronic and/or ordinary mail.

                                                          s/Julie Owens
                                                          Case Manager, (313) 234-5160