AO 450  (Rev. 7/99) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

SUNDANCE, INC., et al,

           Plaintiff,

v.

DEMONTE FABRICATING, et al,

           Defendant.
                                      /

JUDGMENT IN A CIVIL CASE

Case Number: 02-73543

Honorable Avern Cohn

■ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. .

IT IS ORDERED AND ADJUDGED that DeMonte Fabricating and QuickDraw Tarpaulin Systems, Inc. literally infringed on claim 1 of U.S. Patent 5, 026, 109.

IT IS FURTHER ORDERED AND ADJUDGED that claim 1 of U.S. Patent 5, 026, 109 is invalid.

Pursuant to Rule (77d), FRCivP
Copies have been mailed to:

the attorneys of record

Date   November 27, 2006
nunc pro tunc May 01, 2006

David Weaver, Clerk of Court

s/Julie Owens
Deputy Clerk