AO 450  (Rev. 7/99) Judgment in a Civil Case                **CLOSED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

SUNDANCE, INC., et al,

            Plaintiff,

v.

DEMONTE FABRICATING, et al,

            Defendant.
_____/

AMENDED JUDGMENT IN A CIVIL CASE

Case Number: 02-73543

Honorable Avern Cohn

■ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues were tried and the jury rendered its verdict.  Following the Court granted Plaintiff's Motion for Judgment as a Matter of Law setting aside the portion of the jury verdict relating to the finding of invalidity.

IT IS ORDERED AND ADJUDGED that claim 1 of U.S. Patent 5, 026, 109 is valid.

IT IS FURTHER ORDERED AND ADJUDGED that DeMonte Fabricating and QuickDraw Tarpaulin Systems, Inc. literally infringes on claim 1 of U.S. Patent 5, 026, 109.

Pursuant to Rule (77d), FRCivP
Copies have been mailed to:

the attorneys of record

Date   November 27, 2006
nunc pro tunc May 01, 2006
nunc pro tunc September 20, 2006 as to finding of validity

David Weaver, Clerk of Court

s/Julie Owens
Deputy Clerk