AO 450 (Rev. 7/99) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

SUNDANCE INC., et al,

                Plaintiffs,

v.

DEMONTE FABRICATING, et al,

                Defendants.
_____/

PARTIAL JUDGMENT
IN A CIVIL CASE

Case Number: 02-73543

Honorable Avern Cohn

■ **Jury Verdict.** This action came before the Court for a trial by jury on the **issues of damages, wilfulness and laches**. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiffs and against the defendants. Damages are awarded as follows:

from the period from September 04, 1996 to December 31, 2001:   **$259,958.10**
from the period from January 01, 2002 to January 31, 2007:   **$904,488.60**

For a total judgment in favor of the plaintiffs in the amount of **$1,164,446.70**

IT IS FURTHER ORDERED AND ADJUDGED that the defendants **wilfully infringed**.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiffs are **not guilty of laches**.

Pursuant to Rule (77d), FRCivP
Copies have been mailed to:

the attorneys of record

Date   May 21, 2007

David Weaver, Clerk of Court

s/Julie Owens
Deputy Clerk