UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUNDANCE, INC., and
MERLOT TARPAULIN AND SIDEKIT
MFG. CO., INC.,

    Plaintiffs,

-vs-

DEMONTE FABRICATING, LTD.;
QUICK DRAW TARPAULIN SYSTEMS,
INC. and WALTER DEMONTE,

    Defendants.
_____/

Case No. 02-73543
Hon: AVERN COHN

## **ORDER**

Plaintiffs have filed a motion for reconsideration under E.D. Mich. LR 7.1(g)(2) of the Court's decision on defendants' motion for JMOL on wilfulness. No response is allowed unless ordered by the Court. Defendants shall file a response within twenty (20) days. Plaintiffs may file a reply within ten (10) days thereafter. The Court has a concern whether, in the circumstances of a case like this, defendants must have immediately suspended sale of the infringing product on the finding of infringement.

    SO ORDERED.

Dated: August 14, 2007

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 14, 2007, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160