# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

SUNDANCE INC., et al,

           Plaintiffs,

v.

DEMONTE FABRICATING, et al,

           Defendants.
_____/

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 02-73543

Honorable Avern Cohn

■ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment in entered in favor of the plaintiffs and against the defendants. Damages are awarded as follows:

from the period from September 04, 1996 to December 31, 2001:    **$259,958.10**
from the period from January 01, 2002 to January 31, 2007:    **$904,488.60**

For a total judgment in favor of the plaintiffs in the amount of **$1,164,446.70**

IT IS FURTHER ORDERED AND ADJUDGED that the defendants wilfully infringed.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiffs are not guilty of laches.

IT IS FURTHER ORDERED AND ADJUDGED that pre-judgment interest is awarded in the amount of **$146,408.41**.

Pursuant to Rule (77d), FRCivP
Copies have been mailed to:

Dated: October 04, 2007

Original Date of Judgment: May 21, 2007

David Weaver, Clerk of Court

s/ Julie Owens
Deputy Clerk