UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUNDANCE, INC. and
MERLOT TARPAULIN AND
SIDEKIT MANUFACTURING CO., INC.,

    Plaintiffs,

vs.                                        Case No. 02-73543

DEMONTE FABRICATING LTD. and        HON. AVERN COHN
QUICK DRAW TARPAULIN SYSTEMS, INC.,

    Defendants.
_____/

**ORDER STAYING COLLECTION AND ENFORCEMENT
OF FINAL AMENDED JUDGMENT FOR THIRTY (30) DAYS**

    This is a patent case tried to a jury. This issues have been tried and the jury has rendered its verdict. Simultaneous with the entry of the Court's Final Judgment, proceedings to collect on the judgment and enforcement of the injunction are STAYED for thirty (30) days.

    SO ORDERED.


Dated: October 19, 2007          s/Avern Cohn
                                      AVERN COHN
                                      UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 19, 2007, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                        Case Manager, (313) 234-5160